## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP SULLIVAN, JR., *on behalf of himself and all others similarly situated*, | |
| Plaintiff, | Case No.:  1:18-cv-10900-LTS |
| v. | |
| WILLIS TOWERS WATSON ANALYTICAL INSURANCE SERVICES INC., | |
| Defendant. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Lewis S. Wiener, of Eversheds Sutherland (US) LLP, hereby appears in the above-captioned action as counsel of record for Defendant WILLIS TOWERS WATSON ANALYTICAL INSURANCE SERVICES INC.

Accordingly, all documents related to the above-referenced action should be served on the undersigned counsel.

Dated:  December 4, 2018

                                          Respectfully submitted,

                                          **EVERSHEDS SUTHERLAND (US) LLP**

                        By:    s/ Lewis S. Wiener
                                Lewis S. Wiener
                                700 Sixth Street, N.W., Suite 700
                                Washington, D.C. 20001
                                Telephone: (202) 383-0100
                                Facsimile: (202) 637-3593
                                Email: lewiswiener@eversheds-sutherland.com

                                **Attorneys for Defendant**
                                **WILLIS TOWERS WATSON ANALYTICAL**
                                **INSURANCE SERVICES INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appearance has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 4th day of December, 2018.

s/ Lewis S. Wiener